# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>ANGEL MARTIN-LARA,<br><br>        Defendant. | Case No. 3:20-cr-00007-SLG |

### ORDER RE DEFENDANT'S MOTION TO REDUCE SENTENCE

Before the Court at Docket 61 is Defendant Martin-Lara's Motion for Reduction of Sentence Pursuant to Firs Step Act 18 U.S.C. § 3582(c), U.S.S.G. Amendment 821 2 Point Reduction Zero Point Offender. Attorney Michael Marks appeared in this matter for the purpose of this motion and at Docket 63 filed a notice that no amended motion would be filed. The Government responded with opposition to the motion at Docket 64, and the U.S. Probation Office filed a report at Docket 65 with the recommendation that Mr. Martin-Lara is not eligible for sentencing relief.

In his pro se motion, Mr. Martin-Lara asserts he is eligible for relief because he had zero criminal history points, and therefore qualifies for a two-point reduction. However, at sentencing the Court determined that Mr. Martin-Lara had two criminal history points, establishing a Criminal History Category of II. Therefore, he is not eligible for an Amendment 821 sentence reduction as a zero-

point offender and the motion at Docket 61 is accordingly, DENIED.

DATED this 15th day of July 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00007-SLG, *USA v. Martin-Lara*
Order Re Defendant's Motion for Sentence Reduction
Page 2 of 2
Case 3:20-cr-00007-SLG-DMS   Document 67   Filed 07/16/24   Page 2 of 2